IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS

| | |
|---|---|
| FORD COUNTY, KANSAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION, DUPONT de NEMOURS INC., CELANESE CORPORATION, DOW INC., DOW CHEMICAL COMPANY, DUPONT CORPORATION, EASTMAN CHEMICAL COMPANY, LYONDELLBASELL INDUSTRIES, and AMERICAN CHEMISTRY COUNCIL<br><br>    Defendants. | Case No. 2:24-cv-2547<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DESIGNATION OF PLACE OF TRIAL

    Please take notice that pursuant to Local Rule 40.2(a), on behalf of Plaintiffs, Rex A. Sharp, Dave Rebein, and Glenn I. Kerbs, hereby designate Kansas City, Kansas as the place of trial.

Date: November 27, 2024.

                                            Respectfully submitted,

                                            */s/ Rex A. Sharp*
                                            Rex A. Sharp, KS #12350
                                            Isaac L. Diel, KS #14376
                                            W. Greg Wright, KS #18352
                                            Hammons P. Hepner, KS #29138
                                            Brandon C. Landt , KS #28867
                                            SHARP LAW, LLP
                                            4820 W. 75th Street
                                            Prairie Village, KS  66208
                                            (913) 901-0505
                                            (913) 261-7564 Fax
                                            rsharp@midwest-law.com
                                            idiel@midwest-law.com
                                            gwright@midwest-law.com
                                            hhepner@midwest-law.com
                                            blandt@midwest-law.com

--and--

Dave Rebein, KS #10476
REBEIN BROTHERS, PA
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
KERBS LAW OFFICE, LLC
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238
gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiff
and the Proposed Class*