IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS

| | |
|---|---|
| FORD COUNTY, KANSAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, CHEVRON USA INC., CHEVRON PHILLIPS CHEMICAL CORPORATION DUPONT de NEMOURS INC., CELANESECORPORATION, DOW INC., DOW CHEMICALCOMPANY, DUPONT CORPORATION, EASTMAN CHEMICAL COMPANY, LYONDELLBASSELL COMPANY, and AMERICAN CHEMISTRY COUNCIL<br><br>    Defendants. | Case No. 2:24-cv-02547-KHV-GEB<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ford County, Kansas, individually and on behalf of others similarly situated, hereby gives notice that this action is voluntarily dismissed. No party has been served, so no party has answered or otherwise responded to the Complaint.

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R.Civ. P. 41(a)(1)(B).

Dated: January 17, 2025

Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp         KS #12350
Isaac L. Diel        KS #14376
W. Greg Wright       KS #18352
Hammons P. Hepner    KS #29138
Brandon C. Landt     KS #28867
SHARP LAW, LLP
4820 W. 75th Street

Prairie Village, KS  66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
gwright@midwest-law.com
hhepner@midwest-law.com
blandt@midwest-law.com

--and--

Dave Rebein, KS #10476
REBEIN BROTHERS, PA
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126

--and--

Glenn I. Kerbs, KS #09754
Samantha F. Sweley, KS #26833
KERBS LAW OFFICE, LLC
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 255-0238
gkerbs@kerbslaw.com
ssweley@kerbslaw.com

*Attorneys for Plaintiff and the Proposed Class*